# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Perez, Jr. ) <br> ) <br> Defendant(s) ) | CRIMINAL NO. 08MJ 0813 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States ~~District~~/Magistrate Judge, **Anthony J. Battaglia**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody. **(Bond Posted** / Case Disposed / Order of Court).

**Fidela Blanca Bautista-Perez**

DATED: 3/24/08

_Anthony J. Battaglia_
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                    OR
              DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _Michelle [signature]_
                Deputy Clerk