**STEPHEN D. DEMIK**
California State Bar No. 221167
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Email: Stephen_Demik@fd.org

Attorneys for Mr. Perez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JESUS PEREZ, JR.,<br><br>  Defendant. | Case No. 08cr1130-H<br><br>JOINT MOTION TO CONTINUE<br>SENTENCING DATE |

**IT IS HEREBY JOINTLY MOVED** by the parties that the sentencing hearing currently scheduled for July 21, 2008, at 9:00 a.m., be continued to September 8, 2008, at 9:00 a.m., before the Honorable Marilyn L. Huff. That Defendant is in custody and time is excluded until acceptance of plea.

Respectfully submitted,

DATED: June 2, 2008          /s/ *Stephen D. Demik*
                             Federal Defenders of San Diego, Inc.
                             Attorneys for Defendant Perez
                             Stephen_Demik@fd.org


DATED: June 2, 2008          /s/ *David Katz*
                             Assistant United States Attorney

**CERTIFICATE OF SERVICE**

1
2       Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best
3  information and belief, and that a copy of the foregoing document has been caused to be delivered this day
4  upon:
5       Courtesy Copy Chambers
6       Copy Assistant U.S. Attorney via ECF Notice of Electronic Filing
7       Courtesy Copy USPO
8       Copy Defendant

9  Dated: June 2, 2008                              /s/ STEPHEN D. DEMIK
                                                    Federal Defenders of San Diego, Inc.
10                                                  225 Broadway, Suite 900
                                                    San Diego, CA 92101-5030
11                                                  (619) 234-8467 (tel)
                                                    (619) 687-2666 (fax)
12                                                  Stephen_Demik@fd.org (email)