UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR1130-H |
| Plaintiff, | ) | |
| | ) | **ORDER CONTINUING** |
| v. | ) | **SENTENCING DATE** |
| | ) | |
| JESUS PEREZ, JR., | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the sentencing hearing in the above-captioned case, currently scheduled for July 21, 2008, at 9:00 a.m. be continued until **September 8, 2008, at 9:00 a.m.** The Defendant is currently in custody and the Court finds the time until acceptance of the plea excludable.

**SO ORDERED.**

DATED: June 2, 2008

_____
**HONORABLE MARILYN L. HUFF**
United States District Judge

08cr1130-H